# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **JOHN MILLER, individually and on behalf of all others similarly situated** | § § § | **Docket No. 4:17-cv-02457** |
| **Plaintiff,** | § § § | **JURY TRIAL DEMANDED** |
| **vs.** | § § | |
| **PHOENIX TECHNOLOGY SERVICES USA INC.** | § § § | **COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b)** |
| | § § | |
| **Defendant.** | § § | |

## ORDER APPROVING SETTLEMENT AND DISMISSING LAWSUIT

Before the Court is Joint Motion for Approval of FLSA Settlement and Stipulation of Dismissal of Lawsuit against Phoenix Technology Services USA, Inc. The Court has reviewed the terms of the settlement, the pleadings in this case, and the issues presented, and (1) approves the settlement, including all of the terms set forth in the Settlement Agreement attached as Exhibit 1 and 1(A) and 1(B) to Plaintiff's Motion; (2) orders the Parties to implement and complete the notice and claims process described in the Settlement Agreement; and (3) dismisses this lawsuit with prejudice.

IT IS HEREBY ORDERED ON _____, 2018.


_____
Alfred H. Bennett
United States District Judge